No. 78–6118.  YOUNGE *v.* UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 78–6120.  TEMPESTA *v.* UNITED STATES.  C. A. 8th Cir.
Certiorari denied.

No. 78–6126.  BENNING *v.* TAULBORG BROTHERS BUILDERS.
C. A. 8th Cir.  Certiorari denied.

No. 78–6139.  HAWKINS *v.* UNITED STATES.  C. A. D. C.
Cir.  Certiorari denied.

No. 78–6141.  LYON *v.* UNITED STATES.  C. A. 8th Cir.
Certiorari denied.

No. 78–6173.  ROBERTSON *v.* NEW YORK.  App. Term, Sup.
Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 78–6182.  SMITH *v.* SMITH.  Ct. App. Cal., 4th App.
Dist.  Certiorari denied.

No. 78–6206.  MUNDY *v.* DIRECTOR, DEPARTMENT OF COR-
RECTIONS, TAZEWELL, VIRGINIA.  C. A. 4th Cir.  Certiorari
denied.

No. 78–6211.  REYNOLDS *v.* UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 78–6212.  LESLIE *v.* MASSACHUSETTS.  Sup. Jud. Ct.
Mass.  Certiorari denied.

No. 78–6213.  KESSLER *v.* NEW YORK ET AL.  C. A. 2d Cir.
Certiorari denied.

No. 78–6228.  KUMAR *v.* OHIO.  Ct. App. Ohio, Marion
County.  Certiorari denied.

No. 78–6230.  MONROE *v.* BROWN.  C. A. 1st Cir.  Certio-
rari denied.